FEBRUARY 14, 2003

No. 02–821. WHETSEL *v.* SHERWOOD ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.2. 

FEBRUARY 21, 2003

No. 01–1806. ILLINOIS EX REL. MADIGAN, ATTORNEY GENERAL OF ILLINOIS *v.* TELEMARKETING ASSOCIATES, INC., ET AL. Sup. Ct. Ill. [Certiorari granted *sub nom. Illinois ex rel. Ryan v. Telemarketing Associates, Inc., ante,* p. 999.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Association of Fundraising Professionals et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 02–258. JINKS *v.* RICHLAND COUNTY, SOUTH CAROLINA, ET AL. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 972.] Motion of *amici curiae* Alabama et al. and respondent Richland County to allow Alabama et al. to participate in oral argument as *amici curiae* and for divided argument denied.

FEBRUARY 24, 2003

No. 02–6671. WIDNER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carey* v. *Saffold,* 536 U. S 214 (2002).